# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5070**                                     **September Term, 2025**

1:26-cv-00081-RJL

Filed On: February 27, 2026 [2161319]

Mark Kelly, United States Senator
Representing the State of Arizona,

        Appellee

        v.

Pete Hegseth, in his Official Capacity as
Secretary of Defense, et al.,

        Appellants

**O R D E R**

       The notice of appeal was filed on February 24, 2026, and docketed in this court on February 27, 2026. It is, on the court's own motion,

       **ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 30, 2026 |
| Docketing Statement Form | March 30, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 30, 2026 |
| Procedural Motions, if any | March 30, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 30, 2026 |
| Statement of Issues to be Raised | March 30, 2026 |
| Transcript Status Report | March 30, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | March 30, 2026 |
| Dispositive Motions, if any | April 13, 2026 |

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5070**　　　　　　　　　　　　　　　　　　　　September Term, 2025

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 30, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 30, 2026 |
| Procedural Motions, if any | March 30, 2026 |
| Dispositive Motions, if any | April 13, 2026 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                   BY:    /s/
                                                        Laura M. Morgan
                                                        Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Civil Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Transcript Status Report Form](#)
    [Request to Enter Appellate Mediation Program (Optional)](#)
    [Notice Concerning Expedition of Appeals and Petitions for Review](#)
    [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)