# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5070**                         **September Term, 2025**

1:26-cv-00081-RJL

**Filed On: March 2, 2026**

Mark Kelly, United States Senator
Representing the State of Arizona,

        Appellee

        v.

Pete Hegseth, in his Official Capacity as
Secretary of Defense, et al.,

        Appellants

        **BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite briefing and argument in this appeal, it is

**ORDERED** that the appeal be expedited. The following briefing schedule will apply:

| | |
|---|---|
| Appellants' Brief | March 20, 2026 |
| Joint Appendix | March 20, 2026 |
| Appellee's Brief | April 15, 2026 |
| Reply Brief | April 27, 2026 |

It is **FURTHER ORDERED** that oral argument be scheduled before this panel at 9:30 a.m. on Thursday, May 7, 2026.

The parties are directed to hand deliver the paper copies of their briefs to the Clerk's office by 4:00 p.m. on the date due.

**No. 26-5070**                                        **September Term, 2025**

       Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

       To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

       All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                 BY:     /s/
                           Scott H. Atchue
                           Deputy Clerk