# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5070**                              **September Term, 2025**

**1:26-cv-00081-RJL**

**Filed On: April 22, 2026** [2169844]

Mark Kelly, United States Senator
Representing the State of Arizona,

        Appellee

    v.

Pete Hegseth, in his Official Capacity as
Secretary of Defense, et al.,

        Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 7, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson, Pillard, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 24, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Michael C. McGrail
     Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)