# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5070**                              **September Term, 2025**

**1:26-cv-00081-RJL**

**Filed On: May 7, 2026** [2172218]

Mark Kelly, United States Senator
Representing the State of Arizona,

        Appellee

    v.

Pete Hegseth, in his Official Capacity as
Secretary of Defense, et al.,

        Appellants

    **BEFORE:**    Circuit Judges Henderson, Pillard, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, May 7, 2026 at 9:36 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    John Bailey (DOJ), counsel for Appellants.

    Benjamin C. Mizer, counsel for Appellee.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

        BY:   /s/
              Jaime T. Stratton
              Deputy Clerk